**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                  Chapter 13

Marcia McIntyre                                         No.   12-12776

            Debtor                                      Hon.  Pamela S. Hollis

**NOTICE OF FILING OF AMENDED RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on June 2, 2016, I filed the attached Amended Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Amended Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Robert J. Semrad & Associates and Marilyn O Marshall on June 2, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Marcia McIntyre
743 E 167th Place
South Holland, IL 60473

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Charles R Bonini
The Semrad Law Firm, LLC
20 S. Clark St. 28th Floor
Chicago, IL 60603